IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

IN RE:                                             )
                                                   )
RICHARD DIAMOND DANIELS                            )    Case No. 18-30313-KRH
GAYLE ELAINE DANIELS                               )    Chapter 13
                                                   )
           Debtors                                 )

## MOTION TO INCUR DEBT

COME NOW, the Debtors, by counsel, and as and for their Motion to Incur Debt, state as follows:

1.  The Debtors filed this case under Chapter 13 of the U.S. Bankruptcy Code on January 22, 2018.

2.  The Debtors have applied for and Primary Residential Mortgage, Inc. has approved a loan to the Debtors in the amount of $219,300.00 plus interest at 5.125% per annum to be repaid with estimated equal monthly payments of approximately $1,606.00 for principal and interest for the purchase of a home located at 4439 Eagle Court, Waldorf Maryland 20603. The loan term is three hundred sixty (360) months with an estimated monthly payment of $1,606.00. The closing costs are to be paid by the Debtors.

3.  The purchase of the Property is in the best interest of the Debtors and will facilitate their ability to perform under their Chapter 13 Plan filed herein.

4.  The Debtors' Chapter 13 Plan has been confirmed.

James E. Kane (VSB #30081)
KANE & PAPA, P.C.
1313 East Cary Street
Richmond, VA  23219
(804) 225-9500 (phone)
(804) 225-9598 (fax)
*Counsel for Debtors*

WHEREFORE, the Debtors request that the Court enter an Order approving the aforesaid loan on the terms stated herein and for such other relief as the Court may deem appropriate.

                RICHARD DIAMOND DANIELS
                GAYLE ELAINE DANIELS

                By: /s/ James E. Kane
                    Counsel

James E. Kane (VSB #30081)
KANE & PAPA, P.C.
1313 East Cary Street
Richmond, VA  23219
(804) 225-9500 (phone)
(804) 225-9598 (fax)
*Counsel for Debtors*

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2020, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record who have signed up to receive such notification and by first class mail to the parties on the attached list.

                /s/ James E. Kane
                  James E. Kane

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

IN RE:                                )
                                      )
RICHARD DIAMOND DANIELS               )    Case No. 18-30313-KRH
GAYLE ELAINE DANIELS                  )    Chapter 13
                                      )
          Debtors                     )

**NOTICE OF MOTION AND HEARING**

The above Debtors have filed Motion to Incur Debt in the above matter.

Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then you or your attorney must:

- File with the court, at the address shown below, a written request for a hearing [or written response pursuant to Local Bankruptcy Rule 9013-1(H)].  If you mail your request for a hearing (or response) to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above, to:

    Clerk of Court
    United States Bankruptcy Court
    701 East Broad Street
    Richmond, VA  23219

You must also mail a copy to:

    James E. Kane, Esquire
    Kane & Papa, P.C.
    1313 East Cary Street
    Richmond, Virginia 23219

- Attend a hearing scheduled for **March 11, 2020 at 12:00 p.m. at U.S. Bankruptcy Court, 701 East Broad Street, Room 5000, Richmond, VA 23219**.  If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.

3

      If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Dated:  March 6, 2020                              RICHARD DIAMOND DANIELS
                                                         GAYLE ELAINE DANIELS

                                              By: /s/ James E. Kane
                                                            Counsel

James E. Kane (VSB #30081)
KANE & PAPA, P.C.
1313 East Cary Street
Richmond, VA  23219
(804) 225-9500 (phone)
(804) 225-9598 (fax)
*Counsel for Debtors*

## CERTIFICATE OF SERVICE

      I hereby certify that on March 6, 2020, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record who have signed up to receive such notification and by first class mail to the parties on the attached list.

                                                     /s/ James E. Kane
                                                        James E. Kane

```
Label Matrix for local noticing         BLI Rentals, LLC                      PRA Receivables Management LLC
0422-3                                  c/o Spotts Fain PC                    POB 41067
Case 18-30313-KRH                       411 E. Franklin St.                   Norfolk, VA 23541-1067
Eastern District of Virginia            Suite 600
Richmond                                Richmond, VA 23219-2200
Fri Mar  6 16:50:25 EST 2020

UST smg Richmond                        United States Bankruptcy Court        Ashley Funding Services, LLC its successors
Office of the U. S. Trustee             701 East Broad Street                 assigns as assignee of Laboratory
701 East Broad St., Suite 4304          Richmond, VA 23219-1888                Corporation of America Holdings
Richmond, VA 23219-1849                                                       Resurgent Capital Services
                                                                              PO Box 10587
                                                                              Greenville, SC 29603-0587

BLI Rentals                             BLI Rentals, LLC                      Bon Secours
715 Merchants Street                    PO Box 992                            PO Box 1123
Emporia, KS 66801-2809                  Emporia, KS 66801-0992                Minneapolis, MN 55440-1123


Bridgecrest Credit Company,LLC          Capio Partners Llc                    Capital One Bank
PO BOX 29018                            Attn: Bankruptcy                      c/o Glasser and Glasser
PHOENIX, AZ 85038-9018                  Po Box 3498                           PO Box 3400
                                        Sherman, TX 75091-3498                Norfolk, VA 23514-3400


Cardworks/CW Nexus                      Cash Net USA                          Chesterfield Oral Surgery Center, Inc.
Attn: Bankruptcy                        175 W. Jackson Blvd.                  c/o Sharon N. Horner & Associates PLC
Po Box 9201                             Suite 1000                            6804 Patterson Avenue Suite A
Old Bethpage, NY 11804-9001             Chicago, IL 60604-2863                Richmond, VA 23226-3429


Chesterfield Oral Surgury, Inc          Commonwealth of Virginia              Dish
10110 Iron Bridge Rd                    Department of Taxation                P O Box 94063
Chesterfield, VA 23832-6529             PO Box 2156                           Crewe, VA 23930-0000
                                        Richmond, VA 23218-2156


Fingerhut                               (p)FOCUSED RECOVERY SOLUTIONS         Henrico Fcu
Bankruptcy Dept                         9701 METROPOLITAN COURT               9401 W Broad St
6250 Ridgewood Rd                       STE B                                 Henrico, VA 23294-5331
Saint Cloud, MN 56303-0820              RICHMOND VA 23236-3690


(p)JEFFERSON CAPITAL SYSTEMS LLC        MERRICK BANK                          NPRTO South-East, LLC
PO BOX 7999                             Resurgent Capital Services            256 W. Data Drive
SAINT CLOUD MN 56302-7999               PO Box 10368                          Draper, Utah 84020-2315
                                        Greenville, SC 29603-0368


Nissan Motor Acceptanc                  Nissan Motor Acceptance               ONEMAIN
Po Box 660360                           POB 660366                            PO BOX 3251
Dallas, TX 75266-0360                   Dallas, TX  75266-0366                EVANSVILLE IN 47731-3251


OneMain Financial                       (p)PORTFOLIO RECOVERY ASSOCIATES LLC  Progressive Financing
Attn: Bankruptcy Department             PO BOX 41067                          256 W Data Drive
601 Nw 2nd St #300                      NORFOLK VA 23541-1067                 Draper, UT 84020-2315
Evansville, IN 47708-1013
```

| | | |
|---|---|---|
| Quantum3 Group LLC as agent for<br>CF Medical LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 | Quantum3 Group LLC as agent for<br>Sadino Funding LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 | Receivable Management Inc<br>7206 Hull Rd<br>Ste 211<br>Richmond, VA 23235-0000 |
| Sharon N. Horner & Associates<br>6804 Patterson Ave.<br>Suite A<br>Richmond, VA 23226-3429 | Sunrise Credit Service<br>260 Airport Plaza Blvd.<br>Farmingdale, NY 11735-4021 | United Consumers<br>14205 Telegraph Rd<br>Woodbridge, VA 22192-4615 |
| Virginia Department of Tax<br>P.O. Box 2369<br>Richmond, VA 23218-2369 | Wells Fargo Bank<br>Po Box 94435<br>Albuquerque, NM 87199-4435 | Wells Fargo Bank, N.A.<br>435 Ford Road, Suite 300<br>Saint Louis Park, MN 55426-4938 |
| Carl M. Bates<br>P. O. Box 1819<br>Richmond, VA 23218-1819 | Gayle Elaine Daniels<br>1408 N. 32nd St<br>Richmond, VA 23223-6716 | James E. Kane<br>Kane & Papa, PC<br>1313 East Cary Street<br>P.O. Box 508<br>Richmond, VA 23218-0508 |
| John P. Fitzgerald, III<br>Office of the US Trustee - Region 4 -R<br>701 E. Broad Street, Ste. 4304<br>Richmond, VA 23219-1849 | Richard Diamond Daniels<br>1408 N. 32nd St<br>Richmond, VA 23223-6716 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Focused Recovery Solutions<br>9701-Metropolitan Ct<br>Ste B<br>Richmond, VA 23236-0000 | Jefferson Capital Systems, LLC<br>16 Mcleland Rd<br>Saint Cloud, MN 56303-0000 | Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk, VA 23541 |

End of Label Matrix
Mailable recipients    43
Bypassed recipients     0
Total                  43