## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

IN RE: )
)
RICHARD DIAMOND DANIELS ) Case No. 18-30313-KRH
GAYLE ELAINE DANIELS ) Chapter 13
)
          Debtors )

### ORDER DENYING MOTION TO INCUR DEBT

THIS MATTER came to be heard on the Motion to Incur Debt filed by the Debtors; and it

APPEARING TO THE COURT that the Debtors filed this case under Chapter 13 of the U.S. Bankruptcy Code on January 22, 2018; and it

FURTHER APPEARING that the Debtors have applied for and Primary Residential Mortgage, Inc. has approved a loan to the Debtors in the amount of $219,300.00 plus interest at 5.125% per annum to be repaid with estimated equal monthly payments of approximately $1,606.00 for the purchase of a home located at 4439 Eagle Court, Waldorf Maryland 20603; and it

FURTHER APPEARING that Debtors' Motion to Incur Debt should be denied; it is therefore

ORDERED that the Debtors' Motion to Incur Debt be, and the same is hereby DENIED.

James E. Kane (VSB #30081)
KANE & PAPA, P.C.
1313 East Cary Street
Richmond, Virginia  23219
Telephone: (804) 225-9500
Facsimile: (804) 225-9598
Email: jkane@kaneandpapa.com
*Counsel for Debtors*

Richmond, Virginia.

Date: Mar 18 2020

/s/ Kevin R Huennekens
United States Bankruptcy Judge

Entered on Docket: Mar 19 2020

**PRESENTED BY:**

/s/ James E. Kane
James E. Kane (VSB #30081)
KANE & PAPA, P.C.
1313 East Cary Street
Richmond, Virginia  23219
Telephone: (804) 225-9500
Facsimile: (804) 225-9598
Email: jkane@kaneandpapa.com
*Counsel for Debtors*

**CERTIFICATION OF COUNSEL**

I hereby certify that this Order has been endorsed by all necessary parties.

/s/ James E. Kane
James E. Kane

2

**SERVICE LIST**

James E. Kane, Esquire
KANE & PAPA, P.C.
1313 East Cary Street
Richmond, Virginia  23219

Carl M. Bates, Chapter 13 Trustee
1819 East Main Street
Richmond, VA 23219

Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, VA  23219